No. 99–8430. BROWNE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–8431. ZAPATA v. PURDY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–8434. CHAMBERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8443. ROSAS-DAVILA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8448. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.